UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DENISE LUDWIG, a single person, and BLAYNE LUDWIG, a single person,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF PINEHURST, CHIEF OF POLICE TAMI HOLDAHL, individually and in her official capacity as a police officer in Shoshone County,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00121-BLW<br><br>ORDER EXTENDING DEADLINES |

Based on the Joint Stipulated Motion to Extend Deadlines, filed by the parties herein, and for good cause appearing, the Court will extend the deadlines in this action. **The parties should be aware, however, that the Court will not be inclined grant any additional extension of the litigation deadlines in this matter.**

IT IS HEREBY ORDERED that the dates included in this Court's Scheduling Order, dated June 28, 2022 [Dkt. 15] and this Court's Order Extending Deadlines, dated January 13, 2023 [Dkt. 17] be and is hereby modified as follows:

a. That the deadline in which to conduct fact and expert discovery be modified to on or before August 31, 2023.

b. That the deadline for plaintiffs to disclose expert witnesses be modified to on or before September 15, 2023.

c. That the deadline for defendants to disclose expert witnesses be modified to on or before October 16, 2023.

d. That the deadline for plaintiffs to disclose rebuttal expert witnesses be modified to on or before October 30, 2023.

e. That the deadline for which to file dispositive motions be modified to on or before November 30, 2023.

DATED: April 6, 2023

_____
B. Lynn Winmill
United States District Judge